UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY C. LEDESMA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. SACV 16-882 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: May 30, 2017

ALICIA G. ROSENBERG
United States Magistrate Judge